IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CEDRIC MCNEAL,<br>TDCJ-CID No. 02317254,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE RILEY, *et al.*,<br><br>    Defendants. | 2:22-CV-085-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**AND**
**DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights claim filed by Plaintiff. (ECF No. 8). Objections to the findings, conclusions, and recommendation have been filed. (ECF No. 9). After making an independent review of the pleadings, files, records, and objections in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

April 12, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE